**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO.: 9:21-cv-80740-DMM-WM**

CELSIUS HOLDINGS, INC.,

     Plaintiff,

v.

A SHOC BEVERAGE, LLC AND KEURIG
DR PEPPER, INC.,

     Defendants.

## DEFENDANT'S NOTICE OF FILING

     Joel B. Rothman, Craig A. Wirth and SRIPLAW, P.A., hereby gives Notice Of Filing the

below referenced Document:

- Exhibit A – Civil Supersedeas Bond

Dated: December 16, 2022.

                              Respectfully submitted,

                              **KAUFMAN DOLOWICH & VOLUCK, LLP**

                              */s/ Barbara R. Schabert*
                              **Avery A. Dial, Esq.**
                              Florida Bar No.: 732036
                              Email: adial@kdvlaw.com
                              **Barbara R. Schabert, Esq.**
                              Florida Bar No.: 121421
                              Email: bschabert@kdvlaw.com
                              100 SE 3rd Avenue, Suite 1500
                              Fort Lauderdale, Florida 33394
                              Telephone: (954) 302-2360
                              Facsimile: (888) 464-7982
                              *Counsel for Defendants, Joel B. Rothman, Craig A.*
                              *Wirth and SRIPLAW, P.A.*

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **December 16, 2022,** a true and correct copy of the

foregoing was filed via CM/ECF, which will serve a copy via e-mail to all, on all counsel or

parties of record on the service list below.

*/s/ Barbara R. Schabert*
Barbara R. Schabert, Esq.

| SERVICE LIST | |
|---|---|
| *Celsius Holdings, Inc. v. A SHOC Beverage, et al.*<br>**Case No. 21-80740-CIV-MIDDLEBROOKS/BRANNON** | |
| **Joel B. Rothman, Esq.**<br>joel.rothman@sriplaw.com<br>**Craig A. Wirth, Esq.**<br>craig.wirth@sriplaw.com<br>**Meir Teitelbaum, Esq.**<br>meir.teitelbaum@sriplaw.com<br>**SRIPLAW**<br>21301 Powerline Road, Suite 100<br>Boca Raton, Florida 33433<br>Telephone: (561) 404-4350<br>Facsimile: (561) 404-4353<br>*Former Counsel for Plaintiff Celsius Holdings, Inc* | **Jerold I. Schneider, Esq.**<br>jerold.schneider@schneideriplaw.legal<br>info@schneideriplaw.legal<br>**SCHNEIDER IP LAW**<br>7127 Corning Cir.<br>Boynton Beach, Florida 33437-3987<br>Telephone: (561) 309-5374<br>*Counsel for Joel B. Rothman, Craig A. Wirth and SRIPLAW, P.A.* |
| **Kevin C. Kaplan, Esq.**<br>kkaplan@coffeyburlington.com<br>lperez@coffeyburlington.com<br>service@coffeyburlington.com<br>**COFFEY BURLINGTON, P.L.**<br>2601 South Bayshore Drive, Penthouse One<br>Miami, Florida 33133<br>Telephone: (305) 858-2900<br>Facsimile: (305) 858-5261<br><br>**-and-**<br><br>**Howard S. Hogan, Esq.**<br>**(admitted pro hac vice)**<br>**hhogan@gibsondunn.com**<br>**Christopher F. Kopp, Esq.**<br>**(admitted pro hac vice)**<br>**ckopp@gibsondunn.com**<br>**GIBSON, DUNN & CRUTCHER, LLP** | |

| 1050 Connecticut Avenue, N.W. Washington, DC 20036, Telephone: (202) 955-8619 Facsimile: (202) 831-6033 *Counsel for Defendants A SHOC Beverage, LLC and KEURIG DR PEPPER INC.* | |