UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-CV-80740-MIDDLEBROOKS

CELSIUS HOLDINGS, INC.,

       Plaintiff,

v.

A SHOC BEVEM GE, LLC, et al.,

       Defendants.

_____/

## ORDER REQUIRING JOINT STATUS REPORT

THIS CAUSE comes before the Court on Order of Limited Remand from the United States Court of Appeals for the Eleventh Circuit affirming this Court's finding of bad faith and its decision to sanction Sriplaw but vacating the sanctions and fees award and remanding the case with instructions to recalculate the proper award amount. (DE 98 at 6). The mandate issued on November 13, 2025. (DE 98). The Eleventh Circuit has instructed that "the revised award should reflect costs in an amount that reflects only the bad faith conduct that multiplied district court proceedings, rather than all potential bad faith conduct beginning with the filing of the suit." (*Id.* at 24).

Given the Eleventh Circuit's ruling, it is hereby **ORDERED AND ADJUDGED** that the Parties shall confer and file a Joint Status Report as to how this case should proceed on remand. The Parties shall include an agreed-upon amount in light of the Eleventh Circuit's mandate. If the Parties are unable to agree on an amount, they shall propose a litigation and/or briefing schedule to resolve any remaining issues swiftly. If the proposed schedule is reasonable and well-explained, I will adopt it. The Joint Status Report is due by **December 1, 2025**.

1

**SIGNED** in Chambers at West Palm Beach, Florida, this 25 day of November, 2025.

                                          DONALD M. MIDDLEBROOKS
                                          UNITED STATES DISTRICT COURT

cc:

Counsel of Record