EXHIBIT "A"

**ESCROW AGREEMENT**

This Escrow Agreement is entered into this 23rd day of December, 2022 by and between SRIPLAW, P.A., on behalf of itself, Joel B. Rothman, and Craig A. Wirth ("SRIPLAW") and Kaufman Dolowich Voluck, LLP ("Escrow Agent"), as follows:

1.     Designation of Escrow Agent. SRIPLAW hereby appoints and designates Escrow Agent to maintain the Escrow Fund, and the Escrow Agent accepts such appointment and designation upon the terms and conditions and for the purposes set forth herein. This Agreement sets forth exclusively the duties of the Escrow Agent with respect to any and all matters pertinent hereto and no implied duties or obligations shall be read into this Agreement against the Escrow Agent.

2.     Establishment of Escrow Fund. Escrow Agent acknowledges that SRIPLAW has deposited **$24,293.25** ("Escrow Funds") into the Trust Account of the Escrow Agent to be held by the Escrow Agent pursuant to the terms hereof. The Escrow Agent shall hold the Escrow Funds in escrow until the conditions set forth in Paragraph 3 below occur.

3.     Release of Money from the Escrow Fund. The Escrow Agent shall maintain the Escrow Fund during the pendency of the appeal filed by SRIPLAW in United States Court of Appeals for the Eleventh Circuit, case number 22-12687-HH, and shall only release the Escrow Funds under the following circumstances:

    (a)     In the event that the Order on appeal in case number 22-12687-HH (ECF No. 66 in case number 21-cv-80740) is affirmed or the appeal is dismissed, and the time for rehearing has expired, the Escrow Agent shall release the amount of Escrow Funds, if any, determined to be due and owing to A SHOC BEVERAGE, LLC and KEURIG DR PEPPER, INC. in excess of the $250,000 Supersedeas Bond (ECF No. 87 in case number 21-cv-80740), and any remainder shall be released to SRIPLAW.

    (b)     In the event that the Order on appeal in case number 22-12687-HH (ECF No. 66 in case number 21-cv-80740) is reversed, and the time for rehearing has expired, then the Escrow Agent shall release to SRIPLAW the Escrow Funds.

4.     Escrow Provisions. The Escrow Agent acknowledges receipt of the Escrow Funds, and agrees to hold the Escrow Funds and only deliver it in accordance with the terms of this Agreement.

    (a)     Upon the final delivery of all of the Escrow Funds by the Escrow Agent in accordance with the terms of this Agreement, the Escrow Agent shall be discharged from all further obligations or responsibilities hereunder, except in the case of the Escrow Agent's own bad faith, gross negligence or willful misconduct.

    (b)     The duties and obligations of the Escrow Agent shall be determined solely by the express provisions of this Agreement and the Escrow Agent shall not be liable,

1336\308639741.v1

-2-

except for the performance of such duties and obligations as are specifically set forth in this Agreement.

5.    Intended Third Party Beneficiaries.  A Shoc Beverage, LLC and Keurig Dr. Pepper, Inc. are intended third party beneficiaries of this agreement and may enforce it as if they were parties to this agreement.

6.    Governing Law.  This Agreement shall be governed by and construed in accordance with the internal laws (and not the law of conflicts) of the State of Florida.  **EACH OF THE PARTIES HERETO HEREBY CONSENTS TO THE EXCLUSIVE JURISDICTION OF, AND VENUE IN THE UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF FLORIDA, SOLELY IN RESPECT OF THE INTERPRETATION AND ENFORCEMENT OF THE PROVISIONS OF THIS AGREEMENT AND IN RESPECT OF THE TRANSACTIONS CONTEMPLATED HEREIN, AND HEREBY WAIVES, AND AGREES NOT TO ASSERT, AS A DEFENSE IN ANY ACTION FOR THE INTERPRETATION OR ENFORCEMENT HEREOF, THAT IT IS NOT SUBJECT THERETO OR THAT SUCH ACTION MAY NOT BE BROUGHT OR IS NOT MAINTAINABLE IN SAID COURTS OR THAT THE VENUE THEREOF MAY NOT BE APPLICABLE OR THAT THIS AGREEMENT MAY NOT BE ENFORCED IN OR BY SAID COURTS, AND THE PARTIES HERETO IRREVOCABLY AGREE THAT ALL CLAIMS WITH RESPECT TO SUCH ACTION SHALL BE HEARD AND DETERMINED IN SAID COURTS. THE PARTIES HEREBY CONSENT TO AND GRANT ANY SUCH COURT JURISDICTION OVER THE PERSON OF SUCH PARTIES AND OVER THE SUBJECT MATTER OF SUCH DISPUTE.**

*[Signature Page Follows]*

-3-

IN WITNESS WHEREOF, each of the parties hereto has executed this Escrow Agreement, as of the date first above written.

**SRIPLAW, P.A.**

By: _____

Name: Joel B. Rothman, President

_____
Craig Wirth (Dec 26, 2022 11:08 EST)

Name: Craig A. Wirth

_____

Name: Joel B. Rothman, individually

**ESCROW AGENT**
KAUFMAN DOLOWICH VOLUCK, LLP

By: _____
Avery Dial (Dec 26, 2022 12:34 EST)

Name: AVERY A. DIAL, Partner

-3-