UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-CV-80740-MIDDLEBROOKS

CELSIUS HOLDINGS, INC.,

        Plaintiff,

v.

A SHOC BEVERAGE, LLC,
and KEURIG DR PEPPER INC.,

        Defendants.
_____/

## ORDER SETTING BRIEFING SCHEDULE

THIS CAUSE comes before the Court upon the Parties' Joint Status Report. (DE 102). On November 13, the United States Court of Appeals for the Eleventh Circuit issued an Order of Limited Remand affirming this Court's finding of bad faith and its decision to sanction Sriplaw but vacating the sanctions and fees award and remanding the case with instructions to recalculate the proper award amount. (DE 98 at 6). The Eleventh Circuit has instructed that "the revised award should reflect costs in an amount that reflects only the bad faith conduct that multiplied district court proceedings, rather than all potential bad faith conduct beginning with the filing of the suit." (*Id.* at 24). I consequently ordered the Parties to file a Joint Status Report, directing them to include an agreed-upon amount in light of the Eleventh Circuit's mandate. (DE 102). I further noted that if the Parties were unable to agree on an amount, they shall propose a briefing schedule. (*Id.*).

The Parties have returned and indicated that they were unable to reach agreement on an amount in light of the Eleventh Circuit's mandate. (DE 102 at 1). Each Party has proposed their own briefing schedule. Having taken both into consideration and the potential needs of the case, I

1

will adopt the schedule proposed by SRIPLAW. Accordingly, it is **ORDERED** that the Parties shall adhere to the following briefing schedule:

December 15, 2025: A Shoc Beverage, LLC shall file an initial brief;

January 5, 2026: SRipLaw may file a response brief no later than January 5, 2026;

January 12, 2026: A Shoc may then file a reply brief.

**SIGNED** in Chambers at West Palm Beach, Florida, this 8 day of December, 2025.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT COURT

cc:

Counsel of Record