**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 21-CV-80740-MIDDLEBROOKS

CELSIUS HOLDINGS, INC.,

    Plaintiff,

v.

A SHOC BEVERAGE, LLC,
and KEURIG DR PEPPER INC.,

    Defendants.
_____/

## ORDER AWARDING FEES

THIS CAUSE comes before the Court upon the Parties' Joint Status Report, filed on February 6, 2026. (DE 118). On January 29, 2026, I entered an Order granting in part Defendants' Motion for Entry of Amended Judgment. (DE 117).

There, I found that any relevant work expended beginning on July 26, 2021, the Motion for Sanctions could be considered for purposes of the "multiplied proceedings" guidance offered by the Eleventh Circuit. I also highlighted an inconsistency between Defendant's statement in its Motion and the un-highlighted entries in its exhibits. As a result, I ordered supplementation of the record and gave the Parties a narrow directive: clarify and reflect only time entries following Plaintiff's expert disclosure. (DE 117 at 6, 7). In their Joint Status Report, the Parties inform me that they remain at an impasse. (DE 118).

Although both Parties attempt to relitigate certain arguments, the scope of my Order was clear in that my sole objective was to obtain a revised amount to reflect only time entries following Plaintiff's expert disclosure. Therefore, I will not entertain arguments about whether costs following the Eleventh Circuit's mandate may also be considered; nor will I re-examine the costs

associated with experts.[1] Having reviewed the Joint Status Report and the relevant reductions in time expended prior to August 9, 2025, I find the amount of $231,358.84 to be an appropriate fee award in light of the Eleventh Circuit's mandate. This amount reflects my earlier view that Defendants are entitled to expert costs after August 9, 2021 (caused by Sriplaw's deficient expert disclosure); discovery issues beginning on July 26, 2021 (related to Sriplaw's conferral and service of deficient discovery responses); and additionally fees up through the time of the hearing on the Motion for Sanctions on May 12, 2022. (DE 103 at 2).

Accordingly, it is **ORDERED AND ADJUDGED** that Defendants are AWARDED their reasonable attorneys' and experts' fees in the amount of **$231,358.84**. This amount is entered against Plaintiff's counsel.

**SIGNED** in Chambers, at West Palm Beach, Florida this 11th day of February, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT COURT

cc.

Counsel of Record

---

[1] It is worth noting, however, that the Defendant's original briefing noted that the remaining expert fees were already cabined to the work the experts performed relating specifically to Sriplaw's sanctionable conduct. (DE 103 at 6). As a result, Sriplaw's attempt to further cut the applicable amount by $20,000 is unpersuasive

2