**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.: 21-CV-80740-MIDDLEBROOKS

CELSIUS HOLDINGS, INC.,

      Plaintiff,

v.

A SHOC BEVERAGE, LLC, et al.

      Defendants.

_____/

## DEFENDANT'S NOTICE OF FILING

      Defendants, JOEL B. ROTHMAN, SRIPLAW, PLLC and CRIAG A. WIRTH, by and through its undersigned counsel hereby gives notice of filing the attached proposed Agreed Order on Defendants' Agreed Order on Sriplaw's Motion to Discharge Supersedeas Bond. [ECF 101]

Dated: February 25, 2026

                    **ZINOBER DIANA & MONTEVERDE, P.A.**

                    */s/ Avery A. Dial*
                    **Avery A. Dial, Esq.**
                    Florida Bar No.: 732036
                    Lisa Lucena, Esq.
                    Florida Bar No.: 96930
                    *Counsel for Joel B. Rothman, SRIPLAW, PLLC*
                    *and Criag A. Wirth*
                    2400 E. Commercial Blvd., Suite 420
                    Fort Lauderdale, FL 33308
                    Phone: (954) 256-9288
                    Fax: (727) 498-8902
                    Email: Avery@zinoberdiana.com
                             Lisa@zinoberdiana.com
                             Dloris@zinoberdiana.com
                             Vandana@zinoberdiana.com

*(Certificate of Service to follow on next page)*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 25th day of February, 2026, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Avery A. Dial*
Avery A. Dial, Esq.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.: 21-CV-80740-MIDDLEBROOKS

CELSIUS HOLDINGS, INC.,

      Plaintiff,

v.

A SHOC BEVERAGE, LLC, et al.

      Defendants.

_____/

## AGREED ORDER ON SRIPLAW'S MOTION TO DISCHARGE SUPERSEDEAS BOND (ECF 101)

THIS CAUSE, comes before the Court upon the Parties' Agreement, and having been advised in the premises, that Sriplaw and the Defendants stipulate that (1) the Order Awarding Fees ("Order") (ECF 119) has been satisfied, and (2) Sriplaw has not appealed, and will not be appealing, the Order. It is therefore, hereby ORDERED and ADJUDGED:

1. Sriplaw's Motion to Discharge Supersedeas Bond (ECF 101) is hereby GRANTED.

2. The supersedeas bond is discharged and the obligations are extinguished.

3. The Court hereby authorizes and orders the surety International Securities, Ltd. to immediately discharge bond 612418715 and release bond collateral to Sriplaw.

4. The Court hereby authorizes and orders Kaufman Dolowich, LLP, as escrow agent, to immediately release the $24,293.25 held in escrow to Sriplaw.

SIGNED in Chambers, at West Palm Beach, Florida on this _____ day of February 2026.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT COURT

cc:    counsel of record