UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 21-CV-80740-MIDDLEBROOKS

CELSIUS HOLDINGS, INC.,

    Plaintiff,

v.

A SHOC BEVERAGE, LLC, et al.

    Defendants.
_____/

## ORDER ON SRIPLAW'S MOTION TO DISCHARGE SUPERSEDEAS BOND

THIS CAUSE comes before the Court upon the Parties' Agreement, filed on February 25, 2026, with respect to Sriplaw's Motion to Discharge Supersedeas Bond (DE 101), which was initially filed on November 25, 2026. In the Agreement, Sriplaw and the Defendants stipulate that (1) the Order Awarding Fees ("Order") (DE 119) has been satisfied, and (2) Sriplaw has not appealed, and will not be appealing, the Order. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. Sriplaw's Motion to Discharge Supersedeas Bond (DE 101) is hereby **GRANTED**.

2. The supersedeas bond is discharged and the obligations are extinguished.

3. The Court hereby authorizes and orders the surety International Securities, Ltd. to immediately discharge bond 612418715 and release bond collateral to Sriplaw.

4. The Court hereby authorizes and orders Kaufman Dolowich, LLP, as escrow agent, to immediately release the $24,293.25 held in escrow to Sriplaw.

SIGNED in Chambers, at West Palm Beach, Florida on this ___ day of March, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc.

Counsel of Record